KEITH PAGE v. GRADY BOYLES

No. 419A00

(Filed 6 April 2001)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 139 N.C. App. 809, 535 S.E.2d 561 (2000), reversing an order awarding a new trial, entered 20 January 1999 by Butterfield, J., in Superior Court, Wilson County, and remanding for entry of judgment based on the jury's verdict. Heard in the Supreme Court 15 February 2001.

*Anderson Law Firm, by Michael J. Anderson, for plaintiff-appellant.*

*Baker, Jenkins & Jones, P.A., by Roger A. Askew and Kevin N. Lewis, for defendant-appellee.*

PER CURIAM.

AFFIRMED.

Justice BUTTERFIELD did not participate in the consideration or decision of this case.